UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 MAR -3 PM 12:51

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Esteban HERNANDEZ-Gutierrez,** Defendant | Magistrate Docket No. '08 MJ 0643 <br> COMPLAINT FOR VIOLATION OF: <br> Title 8, U.S.C. Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **March 1, 2008** within the Southern District of California, defendant, **Esteban HERNANDEZ-Gutierrez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3rd DAY OF **MARCH, 2008**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Esteban HERNANDEZ-Gutierrez**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On March 1, 2008, Senior Patrol Agent Christopher P. Bravence and Border Patrol Agent Brenden Hurlbut were assigned to patrol duties in the Tecate, California area. This area is located at the Tecate, California, Port-of-Entry. This area is notorious for individuals attempting to further their illegal entry into the United States. At approximately 5:30 p.m. Sector Communications advised that a seismic intrusion device in the area had activated. Agents Bravence and Hurlbut responded to the general area at approximately 5:30 p.m. Upon reaching the area, Agent Bravence observed 18 individuals running eastbound from his location. After a brief foot chase, Agents Bravence and Hurlbut were able to make contact with 16 of the subjects. Agent Hurlbut identified himself as a Border Patrol Agent and questioned the 16 individuals as to their country of citizenship. Two additional individuals continued running south towards the United States/Mexico International Border. Supervisory Border Patrol Agent Riches and Agent Bravence continued to chase the individuals and eventually caught the two additional individuals. Agents Bravence and Riches identified themselves as Border Patrol Agents in the English and Spanish languages. Both individuals were questioned as to their country of citizenship. All individuals admitted to being citizens and nationals of Mexico including one, later identified as the defendant **Esteban HERNANDEZ-Gutierrez**. All individuals were without legal immigration documents allowing them to enter or remain in the United States legally. All were arrested and transported to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **October 11, 2006** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.