AO 455(Rev. 5/85) Waiver of Indictment

FILED
MAR 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ESTEBAN HERNANDEZ-GUTIERREZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0912-JAH

TRUE NAME ESTEBAN GARCIA-GUTIERREZ

I, ESTEBAN HERNANDEZ-GUTIERREZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/27/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X [signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER